*MHN*

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

*KC* **F I L E D**
JAN 2 5 2008
1-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| C.H. Robinson Worldwide, Inc. v. Jeffrey R. Siekmann | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

C.H. Robinson Worldwide, Inc., Plaintiff

08CV576
JUDGE ST EVE
MAGISTRATE JUDGE KEYS

| | |
|---|---|
| NAME (Type or print) <br> Michael D. Wexler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael D. Wexler | |
| FIRM <br> Seyfarth Shaw LLP | |
| STREET ADDRESS <br> 131 S. Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6207847 | TELEPHONE NUMBER <br> (312) 460-5000 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐