MHN
KC

FILED
1-25-2008
JAN 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| C.H. Robinson Worldwide, Inc. v. Jeffrey R. Siekmann | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

C.H. Robinson Worldwide, Inc., Plaintiff

08CV576
JUDGE ST EVE
MAGISTRATE JUDGE KEYS

| NAME (Type or print) |
|---|
| Janet V. Siegel |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Janet V. Siegel            Janet Siegel 1/18 |

| FIRM |
|---|
| Seyfarth Shaw LLP |

| STREET ADDRESS |
|---|
| 131 S. Dearborn Street, Suite 2400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290761 | (312) 460-5000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐