

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| C.H. ROBINSON WORLDWIDE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY R. SIEKMANN, an individual,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)  JUDGE AMY ST. EVE<br>)<br>)  MAGISTRATE JUDGE KEYS<br>) |

**08C 0576**

### NOTICE OF MOTION

TO:   Jeffrey Siekmann
      1731 E. Pontiac Drive
      Phoenix, AZ 85024

PLEASE TAKE NOTICE that on _1-29_, 2008, at _8:45_ .m., or as soon thereafter as counsel may be heard, Plaintiff C.H. Robinson Worldwide, Inc., by and through its attorneys, Seyfarth Shaw LLP, shall appear before the Honorable _Amy J St Eve_, in Courtroom _1241_ of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or any judge sitting in the designated judge's place and stead, and shall present the attached **Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief**, a copy of which is served upon you.

Respectfully submitted,

C.H. ROBINSON WORLDWIDE, INC.

By _____
   One of Its Attorneys

Michael D. Wexler
Janet V. Siegel
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11401006.1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing **Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief** was served upon Defendant Jeffrey R. Siekmann by the manner designated on this 25th day of January, 2008:

*Via Federal Express Overnight Delivery*
Jeffrey Siekmann
1731 E. Pontiac Drive
Phoenix, AZ 85024

_____
Janet V. Siegel

CH1 11401006.1