IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| C.H. ROBINSON WORLDWIDE, INC., a Delaware Corporation, | ) ) ) | **08C 0576** |
| Plaintiff, | ) ) ) | Case No. _____ |
| v. | ) ) ) | |
| JEFFREY R. SIEKMANN, an individual, | ) ) ) | JUDGE AMY ST. EVE MAGISTRATE JUDGE KEYS |
| Defendant. | ) ) ) | FILED JAN 25 2008 JUDGE AMY ST. EVE United States District Court |

### NOTICE OF MOTION

TO: Jeffrey Siekmann
1731 E. Pontiac Drive
Phoenix, AZ 85024

PLEASE TAKE NOTICE that on __1-29__, 2008, at __8:45__ .m., or as soon thereafter as counsel may be heard, Plaintiff C.H. Robinson Worldwide, Inc., by and through its attorneys, Seyfarth Shaw LLP, shall appear before the Honorable __Amy J. St. Eve__, in Courtroom __1241__ of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or any judge sitting in the designated judge's place and stead, and shall present the attached **Plaintiff's Motion for Limited, Expedited Discovery and To Preserve Evidence**, a copy of which is served upon you.

Respectfully submitted,

C.H. ROBINSON WORLDWIDE, INC.

By _____
One of Its Attorneys

Michael D. Wexler
Janet V. Siegel
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11401039.1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing **Plaintiff's Motion for Limited, Expedited Discovery and To Preserve Evidence** was served upon Defendant Jeffrey Siekmann by the manner designated on this 25th day of January, 2008:

*Via Federal Express Overnight Delivery*
Jeffrey Siekmann
1731 E. Pontiac Drive
Phoenix, AZ 85024

_____
Janet V. Siegel

CH1 11401039.1