Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 576 | DATE | 1/29/2008 |
| CASE TITLE | C.H. Robinson vs. Jeffrey Siekmann | | |

**DOCKET ENTRY TEXT**

Enter Order. Plaintiff's motion for limited, expedited discovery and to preserve evidence is granted. Plaintiff's emergency motion for temporary restraining order and preliminary injunctive relief is granted. Status hearing set for 2/7/2008 at 8:30 AM.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TII |
|---|---|---|