

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| C.H. ROBINSON WORLDWIDE, INC., a Delaware Corporation, | ) ) ) ) Case No.: 08-CV-576 |
| Plaintiff, | ) ) |
| v. | ) ) ORDER GRANTING LIMITED, |
| JEFFREY R. SIEKMANN, an individual, | ) EXPEDITED DISCOVERY AND TO ) PRESERVE EVIDENCE ) |
| Defendant. | ) ) |

## ORDER

Upon consideration of Plaintiff's, C.H. ROBINSON WORLDWIDE, INC. ("C.H. Robinson"), Motion for Limited, Expedited Discovery and to Preserve Evidence and any opposition thereto, and having heard the arguments of counsel,

IT IS HEREBY ORDERED:

1. C.H. Robinson's Motion for Limited, Expedited Discovery and to Preserve Evidence is GRANTED and C.H. Robinson is permitted to conduct discovery prior to the time specified in the Federal Rules of Civil Procedure Rule 26 for the purpose of developing evidence related to C.H. Robinson's Motion for Preliminary Injunction.

2. In particular, Defendant Jeffrey Siekmann shall respond to C.H. Robinson's written discovery within seven (7) days of service. Defendant is hereby ordered to appear for his deposition no later than February 15, 2008.

3. Further, Defendant shall produce for inspection, within seven (7) days of entry of this Order, any and all electronic devices that may contain C.H. Robinson's trade secrets and other confidential information, including, but not limited to, any home

1

and work computers, flash drives, PDAs, and other external storage devices.

4. Defendant also shall provide access for inspection, within seven (7) days of entry of this Order, to his email account at jsiek@cox.net and any other email accounts to which he has access.

5. Defendant and anyone acting on his behalf who receives notice of this order is hereby ordered to preserve any and all documents, data, information or other evidence that relates in any way to C.H. Robinson or that is or may be pertinent to any of the allegations, facts, claims or circumstances set forth in C.H. Robinson's Verified Complaint or this action, including, without limitation, any data on any computers or computer storage media owned, used by or under the control of Defendant or anyone acting in concert with him.

IT IS SO ORDERED: DATED this 29th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE