

## United States District Court, Northern District of Illinois

Order Form (01/2005)

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 576 | **DATE** | 1/29/2008 |
| **CASE TITLE** | CH Robinson vs. Siekmann | | |

**DOCKET ENTRY TEXT**

ENTER ORDER GRANTING LIMITED, EXPEDITED DISCOVERY AND TO PRESERVE EVIDENCE.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | TH |
|---|---|---|

08C576 CH Robinson vs. Siekmann                Page 1 of 1