

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| C.H. ROBINSON WORLDWIDE, INC., a Delaware Corporation, ) ) ) | |
| Plaintiff, ) | Case No.: 08-CV-576 |
| ) | |
| v. ) | TEMPORARY RESTRAINING ORDER |
| ) | AND PRELIMINARY INJUNCTION |
| JEFFREY R. SIEKMANN, an individual, ) ) | |
| Defendant. ) | |

## ORDER

This cause coming to be heard on Plaintiff's, C.H. Robinson Worldwide, Inc. ("C.H. Robinson"), Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief, and Motion for Limited Expedited Discovery and to Preserve Evidence, this Court having reviewed and considered C.H. Robinson's Verified Complaint for Injunctive and Other Relief and the accompanying Declaration filed therewith, and having heard the arguments of counsel, the Court hereby finds and concludes as follows:

1. This is a civil action for violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.* and the Illinois Trade Secrets Act, 765 ILCS § 1065 *et seq.*, and for breach of contract and conversion;

2. This Court has personal jurisdiction over the parties and venue is proper in this Court;

3. The Court determines that C.H. Robinson has satisfied all the requirements for the issuance of a temporary restraining order and preliminary injunction, and

IT IS HEREBY ORDERED AS FOLLOWS:

(I) That Siekmann, his officers, agents, servants, employees, attorneys and all parties in active concert or participation with him, are enjoined from using or disclosing any confidential or proprietary information that Siekmann obtained from C.H. Robinson;

(II) That Siekmann, his officers, agents, servants, employees, attorneys and all parties in active concert or participation with him, are enjoined and ordered to account for and return to C.H. Robinson all originals and all copies of files, data, and information removed from C.H. Robinson, including, but not limited to, the confidential and proprietary customer information, that Siekmann obtained from C.H. Robinson;

(III) That Siekmann, his officers, agents, servants, employees, attorneys and all parties in active concert or participation with him, are hereby ordered to preserve all discs and electronic storage devices in their custody, possession and control to which Siekmann had access, and to turn over to a third-party investigator representative of C.H. Robinson all electronic storage media in their custody, possession or control, including, but not limited to, discs and hard drives accessible to Siekmann on which C.H. Robinson's information may reside and that C.H. Robinson be permitted to image and analyze said media and devices to recover and account for C.H. Robinson's confidential information.

(IV) That Siekmann is ordered to provide access for inspection to the outside email account jsiek@cox.net to which he emailed C.H. Robinson information from his

    C.H. Robinson email account and any other e-mail account in his custody or control;

(V)  That Siekmann is enjoined from contacting or conducting business with any C.H. Robinson customer whose information he improperly accessed and/or misappropriated;

(VI)  That Siekmann is enjoined from contacting or conducting business with any C.H. Robinson customer with whom he conducted business on behalf of C.H. Robinson within the twenty-four (24) months preceding issuance of this Order;

(VII)  The matter is set for a status hearing on February 7, 2008 at 8:30 a.m.

(VIII)  This Order shall remain in full force and effect until February 8, 2008 unless extended by the Court or by agreement of the parties, except that either party may move to modify the Order with proper notice.

(IX)  No bond shall be required for issuance of this Order.

IT IS SO ORDERED:DATED this 29th day of January, 2008.

               _____
               UNITED STATES DISTRICT JUDGE