**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| C.H. ROBINSON WORLDWIDE, INC., a Delaware Corporation, )<br>)<br>) | |
| Plaintiff, )<br>) | Case No. 08-CV-576 |
| v. )<br>) | Judge Amy J. St. Eve |
| JEFFREY R. SIEKMANN, an individual, )<br>) | |
| Defendant. )<br>) | |

## NOTICE OF NOTICE

    PLEASE TAKE NOTICE that on January 31, 2008, Plaintiff C.H. Robinson Worldwide, Inc. gave notice to Defendant Jeffrey R. Siekmann of the entry of (1) a Temporary Restraining Order and Preliminary Injunction and (2) an Order Granting Limited, Expedited Discovery and To Preserve Evidence by serving copies of same upon Defendant via email and first class U.S mail postage-prepaid.

    Respectfully submitted,

    C.H. ROBINSON WORLDWIDE, INC.


    By      s/ Janet V. Siegel
                One of Its Attorneys

Michael D. Wexler
Janet V. Siegel
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11405482.1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that true and correct copies of the **Temporary Restraining Order and Preliminary Injunction** and the **Order Granting Limited, Expedited Discovery and To Preserve Evidence** were served upon Defendant Jeffrey Siekmann by email and by depositing a copy of same in the first-class U.S. mail, postage prepaid, on this 31st day of January, 2008 to the following:

>Jeffrey Siekmann
>1731 E. Pontiac Drive
>Phoenix, AZ 85024
>jsiek@cox.net

>s/ Janet V. Siegel
>Janet V. Siegel