AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

C.H. ROBINSON WORLDWIDE, INC., a Delaware Corporation,

V.

JEFFREY R. SIEKMANN, an individual,

CASE NUMBER: 08CV576

JUDGE ST EVE

MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Jeffrey Siekmann
1731 E. Pontiac Drive
Phoenix, AZ 85024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael D. Wexler
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
Tel: (312) 460-5000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 25 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
             Date                         *Signature of Server*

                                          _____
                                          *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
FEB 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No.: 08CV576
Case Name: C.H. Roninson Worldwide, Inc., a Delaware Corporation vs. Jeffrey R. Siekmann, an Individual

_CRAIG LOWE_____, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons In a Civil Case; Civil Cover Sheet; Appearance Wexler; Appearance Siegel; Verified Complaint for Emergency Injunctive and Other Relief; Notice of Motion; Plaintiff C. H. Robinson Worldwide, Inc.'s Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief; Notice of Motion; Plaintiff's Motion for Limited Expedited Discovery and to Preserve Evidence** to **Jeffrey Siekmann** at **1731 E. Pontiac Dr., Phoenix, AZ 85024** resulting in:

__X__ Personal service on the defendant/respondent/witness on the _31st_ day of _Jan_____, 2008 at _9:23_ P.M.

_____ Non-Service for the following reason with the date and time of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex: _Male_
Race: _White_
Age (approx.): _40's_
Hair Color/Style: _BLK/GREY_
Height (approx.): _5'8"_
Weight (approx.): _150 lbs_

Noticeable Features/Notes: _____

Signed and Sworn to before me
This _5th_ day of _Feb_____, 2008.

Served By: _____
Title: _Process Server_

Notary Public

JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009

Service was completed by an independent contractor retained by It's Your Serve, Inc.