## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

C.H. Robinson Worldwide, Inc.

                        Plaintiff,

v.                                          Case No.: 1:08−cv−00576

                                                      Honorable Amy J. St. Eve

Jeffrey R. Siekmann

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on 4/8/2008. Parties have reached an agreement. Pursuant to Agreed Injunction and Dismissal Order, this case is dismissed without prejudice. This Court shall retain jurisdiction of this matter and these Parties to enforce the Agreed Injunction and Dismissal Order. The Order is not a release of the Parties and shall not release any third parties. Civil case terminated. See Agreed Injunction and Dismissal Order for further details.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.