Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 576 | **DATE** | 4/8/2008 |
| **CASE TITLE** | C.H. Robinson Worldwide, Inc. Vs. Siekmannn | | |

**DOCKET ENTRY TEXT**

Enter Agreed Injunction and Dismissal Order.

■ [ For further detail see separate order(s).]                                        Docketing to mail notices.

| | | Courtroom Deputy Initials: | TH |
|---|---|---|---|